MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Bowes                                    JAD/TPA/CMB/GLT

Case Number: 17-23163

Date of Meeting: 9/25/17                            Recording # 12
Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ___ partial payments)
Attorney for debtor(s) Thompson (Present ✓ or Not Present ___)
Date of Plan at § 341: 8-18-17 Applicable commitment period ✓ 3 yrs ___ 5 yrs

2016 tax return on extension

Prior 13 DM

W/O to start this week

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)  2016 tax return -
___ Meeting NOT HELD
                                         ___ Order to Show Cause Requested
                                         ___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ✓ 341 Meeting OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On 1-25-18 at 11:00 am/pm Location 3251 U S Steel

_____
Chapter 13 Trustee/Attorney for Trustee

[FILED 2017 SEP 27 P 2:19 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]