**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| Christian S. Bowes, | ) | Case No. 17-23163-TPA |
| Christina A. Bowes, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| ─────────────────────── | ) | |
| | ) | |
| Christian S. Bowes, | ) | |
| Christina A. Bowes, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ditech Financial, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Order on the following parties at the addresses listed below on October 23, 2017, via electronic mail and/or first class mail postage prepaid:

Debra Johnstone
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: October 23, 2017

By: /s/Jessica Wrzosek
Jessica Wrzosek, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd.
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jwrzosek@thompsonattorney.com