**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| Christian S. Bowes, | ) | Case No. 17-23163-TPA |
| Christina A. Bowes, | ) | |
| | ) | |
| Debtors. | ) | Chapter   13 |
| _____ | ) | |
| | ) | |
| Christian S. Bowes, | ) | |
| Christina A. Bowes, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ditech Financial, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Order dated December 29, 2017 at Document 37 on the following parties at the addresses listed below on December 29, 2017, via electronic mail and/or first class mail postage prepaid:

Debra Johnstone
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>December 29, 2017    </u>

By: <u>/s/Jill A. Gorzé</u>
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com