FILED
12/29/17 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CHRISTIAN S. BOWES | : | Case No. 17-23163-TPA |
| CHRISTINA A. BOWES | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| CHRISTIAN S. BOWES | : | Related to Doc No. 36 |
| CHRISTINA A. BOWES | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| DITECH FINANCIAL, LLC | : | Hearing: January 10, 2018 at 11:00 A.M. |
| *Respondent* | : | |

# **ORDER**

On December 27, 2017, Debtors filed a ***Loss Mitigation Status Report*** at Document No. 36 ("Status Report"), indicating they are not current with all adequate protection payments and that they received a letter from the Creditor, Ditech Financial, LLC stating their loan modification was denied and are request a hearing to resolve this issue. Therefore,

***AND NOW***, this **29th** day of ***December, 2017,*** it is hereby **ORDERED, ADJUDGED and DECREED** that***:***

(1)    A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated October 23, 2107, is scheduled on ***January 10, 2018 at 11:00 A.M.*** in Courtroom C, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

1

Court's questions regarding the status of the pending LMP application and (the reason for additional time requested). Debtor(s) shall upload a copy of this Order on the Portal.

(3)    **Christian S. Bowes and Christina A. Bowes** shall ***personally*** appear at the hearing.

(4)    The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

```
                                    _____
                                    Thomas P. Agresti, Judge      jlm
                                    United States Bankruptcy Court
```

Case administrator to serve:
   Debtors
   Counsel for Debtors
   Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christian S. Bowes
Christina A. Bowes
    Debtors

Case No. 17-23163-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: aala　　　　Page 1 of 1　　　　Date Rcvd: Dec 29, 2017
                 Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
db/jdb　　　　+Christian S. Bowes,    Christina A. Bowes,    759 Mary Street,    Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:
        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
    acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
        Brian C. Thompson    on behalf of Debtor Christian S. Bowes bthompson@ThompsonAttorney.com,
    blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
    c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson    on behalf of Joint Debtor Christina A. Bowes bthompson@ThompsonAttorney.com,
    blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
    c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rock & Sto-Rox School District
    jhunt@grblaw.com,    cnoroski@grblaw.com
        Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
    RA-occbankruptcy6@state.pa.us
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                           TOTAL: 8