FILED
1/8/18 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| Christian S. Bowes, ) | |
| Christina A. Bowes, ) | |
| ) | Bankruptcy No. 17-23163-TPA |
| Debtors. ) | |
| ) | Document No. |
| ) | |
| Christian S. Bowes, ) | Related Document Nos. 40 |
| Christina A. Bowes, ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| Ditech Financial, LLC, ) | |
| and ) | |
| Ronda Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

## ORDER

AND NOW, this ___8th___ day of ___January___, 2018, upon consideration of Consented to Motion to Excuse Appearance of Debtor Christian S. Bowes at the Status Conference, it is hereby ORDERED, ADJUDGED and DECREED that Debtor Christian S. Bowes is excused from appearing at the Status Conference scheduled for January 10, 2018, provided Joint Debtor Christina A. Bowes is present at that time and presents Debtor's photo identification and Social Security Card.

_____
United States Bankruptcy Judge

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christian S. Bowes
Christina A. Bowes
    Debtors

Case No. 17-23163-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 1      Date Rcvd: Jan 08, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
db/jdb        +Christian S. Bowes,   Christina A. Bowes,   759 Mary Street,   Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
          acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
         Brian C. Thompson    on behalf of Debtor Christian S. Bowes bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
          c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         Brian C. Thompson    on behalf of Joint Debtor Christina A. Bowes bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
          c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rock & Sto-Rox School District
          jhunt@grblaw.com, cnoroski@grblaw.com
         Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
          RA-occbankruptcy6@state.pa.us
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8