# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christian S. Bowes, | : | Bankruptcy No. 17-23163-TPA |
| Christina A. Bowes, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | Document No. |
| Christian S. Bowes, | : | |
| | : | Related to Document No.:44 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| B.U.C.B.A., | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on January 11, 2018, via first class mail postage prepaid:

**B.U.C.B.A.**
**ATTN: Garnishments Office of UC Benefits**
**651 Boas Street**
**Harrisburg, PA 17121**

Executed on: January 11, 2018

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404    Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)