# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-23163-TPA |
| | : | |
| Christian S. Bowes | : | Chapter: 13 |
| Christina A. Bowes | : | |
| *Debtor(s).* | : | |
| | : | Date: 1/10/2018 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**  #36 Status Conf. on Loss Mitigation Status Report
*(Debtors to personally appear)*

**APPEARANCES:**

Debtor: Brian C. Thompson + Debtors
Trustee: Ronda Winnecour
Ditech Financial: James Prostko

**NOTES:**

Thompson: Letter referencing hardship wasn't temporary. No specifics as to denial. I believe Debtor missed a payment because he was unemployed temporarily.

Prostko: Debtor submitted everything. No further status given on the Portal. Ask for a short continuance.

Mr. Bowes: I am a bricklayer, weather caused me to not have work. I'm waiting for unemployment claim approval.

Mrs. Bowes: I am waiting for approval of disability claim.

**OUTCOME:** Continued to 2/7/18 at 11am in Ctrm C

jlm