FILED
2/8/18 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23163-TPA |
| | : | | |
| Christian S. Bowes | : | Chapter: | 13 |
| Christina A. Bowes | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 2/7/2018 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

***MATTER:***         #36 Cont. Status Conf. on LMP Status Report

***APPEARANCES:***

        Debtor:              Brian C. Thompson
        Trustee:             Owen Katz
        Ditech Financial:    James Prostko

***NOTES:***

Thompson:            Denial before they even accepted the packet. Willing to allow another submission.

Prostko:

***OUTCOME:***       LMP extended 60 days

*(signature)*

jlm