IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-23163** |
| **Christian S Bowes** | : | |
| **Christina A Bowes** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Christian S Bowes** | : | |
| **Christina A Bowes** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Brian C. Thompson, Esquire PA-91197**, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-0000

U.S. Attorneys Office
Western District of PA
4000 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

By: **/s/ Brian C. Thompson, Esquire**
    Signature
    **Brian C. Thompson, Esquire PA-91197**
    Typed Name
    **125 Warrendale-Bayne Road**
    **Suite 200**
    **Warrendale, PA 15086**
    Address
    **724-799-8404 Fax:724-799-8409**
    Phone No.
    **PA-91197 PA**
    List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase.com                                                         Best Case Bankruptcy