**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | | |
| Christian S. Bowes, ) | Case No. 17-23163-TPA | |
| Christina A. Bowes, ) | | |
| ) | | |
| Debtors. ) | Chapter 13 | |
| _____ ) | | |
| ) | | |
| Christian S. Bowes, ) | | |
| Christina A. Bowes, ) | | |
| ) | | |
| Movants, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| Ditech Financial, LLC, ) | | |
| ) | | |
| Respondent. ) | | |

## CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the forgoing Motion to Extend LMP Period, Proposed Order and Portal Account History on the following parties at the addresses listed below on June 19, 2018, via electronic mail and/or first class mail postage prepaid:

Debra Johnstone
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: June 19, 2018

By:/s/Matthew Gillespie
Matthew Gillespie, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mgillespie@thompsonattorney.com