FILED
6/29/18 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | | |
| Christian S. Bowes, | ) | Case No. 17-23163-TPA |
| Christina A. Bowes, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| | ) | |
| Christian S. Bowes, | ) | Related to Document No. 67 |
| Christina A. Bowes, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ditech Financial, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

A *Loss Mitigation Order* dated October 23, 2017, was entered in the above matter at Document No. 30. On June 19, 2018, a **Motion to Extend the Loss Mitigation Period** was filed by Christian S. Bowes and Christina A. Bowes at Document No. 67.

*AND NOW*, this 29th day of June, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* August 28, 2018.

United States Bankruptcy Judge    **jlm**

PAWB Local Form 43 (04/14)                                                                    Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christian S. Bowes  
Christina A. Bowes  
      Debtors

Case No. 17-23163-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Jun 29, 2018  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db/jdb     +Christian S. Bowes,  Christina A. Bowes,  759 Mary Street,  Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:

       Brian C. Thompson    on behalf of Debtor Christian S. Bowes bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       Brian C. Thompson    on behalf of Joint Debtor Christina A. Bowes bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rock & Sto-Rox School District jhunt@grblaw.com, cnoroski@grblaw.com  
       Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                TOTAL: 8