## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christian S. Bowes, | Bankruptcy Case No.: 17-23163-TPA |
| Christina A. Bowes, | |
| | Chapter 13 |
| Debtors. | |
| | Document No.: |
| Christian S. Bowes, | |
| | Related to Document No.: 86 |
| Movant, | |
| v. | |
| Anthony Lamia Masonry, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on April 22, 2019, via first class mail postage prepaid:

**Anthony Lamia Masonry**
**ATTN: Payroll Department**
**1124 Oblock Road**
**Pittsburgh, PA  15239**

Executed on:  April 22, 2019

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)