IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTIAN S. BOWES | : | |
|     & | : | |
| CHRISTINA A. BOWES, | : | |
| | : | DOCKET NO.: 17-23163-TPA |
|        DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | WITHDRAWAL OF OBJECTION |
| | : | |
|        MOVANT | : | |
| | : | |
| v. | : | |
| CHRISTIAN S. BOWES | : | |
|     & | : | |
| CHRISTINA A. BOWES, | : | |
| | : | RELATED TO DOCKET NO.: 92 |
|        RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S WITHDRAWAL PROPOSED CHAPTER 13 PLAN

     I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Withdrawal Proposed Chapter 13 Plan, on the parties at the below addresses, on

August 1, 2019, by:

**17-23163-TPA Notice will be electronically mailed to:**

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Brian C. Thompson at bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com, LMichaels@thompsonattorney.com, jwrzosek@thompsonattorney.com, nfulk1@thompsonattorney.com, mhodge@thompsonattorney.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Keri P. Ebeck at kebeck@bernsteinlaw.com, jbliemle@bernsteinlaw.com

Jeffrey R. Hunt at jhunt@grblaw.com, enoroski@grblaw.com

Rebecca Solarz at bkgroup@kmllawgroup.com

James Warmbrodt at bkgroup@kmllawgroup.com


**17-23163-TPA Notice will not be electronically mailed to:**


EXECUTED ON:  August 2, 2019

                              Respectfully submitted by,

By:    /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov