FILED
8/2/19 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTIAN S. BOWES | : | |
| & | : | |
| CHRISTINA A. BOWES, | : | |
| | : | DOCKET NO.: 17-23163-TPA |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | WITHDRAWAL OF OBJECTION |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIAN S. BOWES | : | |
| & | : | |
| CHRISTINA A. BOWES, | : | RELATED TO DOCKET NO.: <u>17</u>, 92 |
| RESPONDENTS | : | |

WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws its Objections to Debtor's Chapter 13 Plan, as the Debtor has filed all Section 1308 returns.

Date: August 1, 2019                                   Respectfully submitted by,

By:    /s/ Joseph J. Swartz
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.: 309233
Phone: (717) 346-4645
Facsimile: (717) 772-1459
Email: JoseSwartz@pa.gov

SO ORDERED
August 02, 2019

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christian S. Bowes
Christina A. Bowes
     Debtors

Case No. 17-23163-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Aug 02, 2019
   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
db/jdb     +Christian S. Bowes,    Christina A. Bowes,    759 Mary Street,    Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:
      Brian C. Thompson    on behalf of Debtor Christian S. Bowes bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
      Brian C. Thompson    on behalf of Joint Debtor Christina A. Bowes bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rock & Sto-Rox School District jhunt@grblaw.com, cnoroski@grblaw.com
      Joseph Jasper Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebecca Solarz    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                 TOTAL: 9