FILED
8/8/19 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  17-23163-TPA |
| | : | |
| Christian S. Bowes | : | Chapter:  13 |
| Christina A. Bowes | : | |
| *Debtor(s).* | : | |
| | : | Date:  8/7/2019 |
| | : | Time:  12:30 |

## PROCEEDING MEMO

*MATTER:*   #96 Amended Plan dated 8/6/19

*APPEARANCES:*
  Debtor:   Brian C. Thompson (Erie)
  Trustee:  Kate DeSimone

*NOTES:*

Thompson:   Tax returns and an amended plan surrendering the home have been filed.

*OUTCOME:*   Conciliation scheduled for September 12, 2019 at 1:00 PM.

ljm