## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Christian S. Bowes, | : | Bankruptcy Case No.: 17-23163-TPA |
| Christina A. Bowes, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | Document No.: |
| Christian S. Bowes, | : | |
| | : | Related to Document No.: 109 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Anthony Lamia Masonry, | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on December 6, 2019, via first class mail postage prepaid:

**Anthony Lamia Masonry
ATTN: Payroll Department
1124 Oblock Road
Pittsburgh, PA  15239**

Executed on:   December 6, 2019

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor