## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-23163-TPA** |
| **Christian S. Bowes** | ) | |
| **Christina A. Bowes** | ) | |
| | ) | **Chapter 13** |
| **Debtors** | ) | **Document No. _____** |
| | ) | **Related to Document No. 105** |

### CONSENT ORDER MODIFYING NOVEMBER 8, 2019 ORDER

AND NOW, this _____ day of _____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 8, 2019 it is

ORDERED that Part "1.G." be amended to add the following:  Sto-Rox School District and McKees Rocks Borough EIT (Claim No. 5-2).

The November 8, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for debtor
Thompson Law Group P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale PA 15086
724-799-8404
bthompson@thompsonattorney.com

/s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Attorney for Sto-Rox School District and McKees Rocks Borough
Goehring Rutter et al
437 Grant Street Floor 14
Pittsburgh PA 15219
412-281-0587
jhunt@grblaw.com