FILED
12/31/19 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23163-TPA |
| Christian S. Bowes ) | |
| Christina A. Bowes ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. __112__ |
| ) | Related to Document No. 105 |

### CONSENT ORDER MODIFYING NOVEMBER 8, 2019 ORDER

AND NOW, this ___31st___ day of _____December_____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 8, 2019 it is

ORDERED that Part "1.G." be amended to add the following: Sto-Rox School District and McKees Rocks Borough EIT (Claim No. 5-2).

The November 8, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____  jlm
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for debtor
Thompson Law Group P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale PA 15086
724-799-8404
bthompson@thompsonattorney.com

/s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Attorney for Sto-Rox School District and McKees Rocks Borough
Goehring Rutter et al
437 Grant Street Floor 14
Pittsburgh PA 15219
412-281-0587
jhunt@grblaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-23163-TPA
Christian S. Bowes                                                                      Chapter 13
Christina A. Bowes
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Dec 31, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
db/jdb          +Christian S. Bowes,    Christina A. Bowes,    759 Mary Street,    Mc Kees Rocks, PA 15136-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:
      Brian C. Thompson    on behalf of Debtor Christian S. Bowes bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
      Brian C. Thompson    on behalf of Joint Debtor Christina A. Bowes bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Borough of McKees Rock & Sto-Rox School District jhunt@grblaw.com,    cnoroski@grblaw.com
      Joseph Jasper Swartz    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,    RA-occbankruptcy6@state.pa.us
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebecca Solarz    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 9