### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-23163-TPA |
| | ) | |
| Christian S. Bowes, | ) | Chapter 13 |
| Christina A. Bowes, | ) | |
| | ) | |
|     Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------- | ) | Related to Document No. 121, 122 |
| Thompson Law Group, P.C., | ) | |
| | ) | |
|     Applicant, | ) | **Hearing date and time:** |
| | ) | May 27, 2020 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 18, 2020 at Document No. 121 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 122, Objections were to be filed and served no later than May 5, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 121 be entered by the Court.

Date: <u>May 6, 2020</u>

                                              s/ Brian C. Thompson
                                              Brian C. Thompson, Esquire
                                              Attorney for Debtor(s)
                                              PA ID No. 91197
                                              THOMPSON LAW GROUP, P.C.
                                              125 Warrendale Bayne Road, Suite 200
                                              Warrendale, PA 15086
                                              (724) 799-8404 Telephone
                                              (724) 799-8409 Facsimile
                                              bthompson@thompsonattorney.com