FILED
6/8/20 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** CHRISTIAN S. & CHRISTINA A. BOWES
**Case Number:** 17-23163-TPA      **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 04, 2020  09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 PGH TRUSTEE

### Matter:

#126 Amended Plan dated 5/6/20 FC
R / M #: 126 / 0

### Appearances:    . Lemon

Debtor:
Trustee: Winnecour / Pail / (Katz / DeSimone)
Creditor:

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective ___
7. __✓__ Plan/Motion continued to __8-6-20__ at __10:30__. to be held by ZOOM. For information on how to participate go to www.ch13pitt.com     for info go to www.ch13pitt.com
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:
    Cont. may need extension under CARES

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

5/28/2020   1:49:46PM