**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/11/2022

IN RE:

| | |
|---|---|
| CHRISTIAN S. BOWES<br>CHRISTINA A BOWES<br>759 MARY STREET<br>MCKEES ROCKS,  PA  15136<br>XXX-XX-2758          Debtor(s)<br><br>XXX-XX-9821 | Case No.17-23163 TPA<br><br>Chapter 13 |

# NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/11/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DITECH FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM:  9,491.08<br>COMMENT:  RS/OE*SURR/PL*456.48/PL*BGN 9/17*LMP DENIED*DK*AMD CL=62576.92*FR DITEC | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 1567 |
| **GREEN TREE SERVICING LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL  32202 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MCKEES ROCKS BOROUGH (WATER/SWG)**<br>C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*16~PRI/SCH*12/16-3/17/PL*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 1311 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  889.10<br>COMMENT:  CL1GOV*$/CL-PL*NO TAX YRS/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2758 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*12%/CONF*NO TAX YRS~PRI/SCH*$@0%/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH  48216-0117 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  44.00<br>COMMENT:  0004/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2758 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM:  3,970.16<br>COMMENT:  0000/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2591 |

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | CRED DESC | Account No. |
|---|---|---|---|---|---|---|---|
| ECMC(*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 11 | 0.00% | | 0.00 | NO$/SCH | UNSECURED CREDITOR | |
| EILEEN RICE MD NEUROLOGY INCORPORATED<br>200 DELAFIELD RD STE 2000<br>PITTSBURGH, PA 15215 | 12 | 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| HERITAGE VALLEY SEWICKLEY<br>POB 827221<br>PHILADELPHIA, PA 19182-7221 | 13 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | |
| SOUTH HILLS RADIOLOGY ASSOC(*)<br>PO BOX 3425<br>PITTSBURGH, PA 15230 | 14 | 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO 63179-0336 | 15 | 0.00% | 13-2 | 6,390.21 | NO$/SCH*GU BAR TIMELY*AMD | UNSECURED CREDITOR | 9821 |
| WASTE MANAGEMENT* (PMT)<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | 16 | 0.00% | 12 | 1,118.97 | GARBAGE/SCH | UNSECURED CREDITOR | 5052 |
| DR WILLIAM MARASOVICH<br>701 BROAD ST<br>SEWICKLEY, PA 15143 | 17 | 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| COLLECTION SERVICE CENTER INC<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | 18 | 0.00% | | 0.00 | | NOTICE ONLY | |
| CREDITECH<br>POB 99*<br>BANGOR, PA 18013 | 19 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| FIRST FEDERAL CREDIT CONTROL<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | 20 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **NATIONAL HOSPITAL COLLECTIONS*** <br> 16 DISTRIBUTOR DRIVE <br> STE 2 <br> MORGANTOWN, WV  26501 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **REC MANAGEMENT SERVICE** <br> 240 EMERY ST <br><br> BETHLEHEM, PA  18015 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:23  INT %:  4.00% <br> Court Claim Number:1 <br> CLAIM:  4,979.34 <br> COMMENT:  2758/9821*CL1GOV*NO SEC/SCH*758.15@SLNT%/PL | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  9821 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number:1 <br> CLAIM:  2,367.60 <br> COMMENT:  CL1GOV*NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2758 |
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF** <br> PO BOX 248848 <br><br> OKLAHOMA CITY, OK  73124-8848 | Trustee Claim Number:25  INT %:  0.00% <br> Court Claim Number:2 <br> CLAIM:  352.19 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0569 |
| **CLERK, U S BANKRUPTCY COURT** <br> ATTN: FILING FEE CLERK <br> 600 GRANT ST 5414 US STEEL TWR <br> PITTSBURGH, PA  15219 | Trustee Claim Number:26  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  310.00 <br> COMMENT:  FEES/PL | CRED DESC:  FILING FEES <br> ACCOUNT NO.:  17-23163TPA |
| **JEFFREY R HUNT ESQ** <br> GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:27  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  BORO OF MCKEES ROX AND STO ROX SD/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LLC** <br> PO BOX 10826 <br><br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:28  INT %:  0.00% <br> Court Claim Number:4-2 <br> CLAIM:  0.00 <br> COMMENT:  RS/OE*SURR/PL*SLNT ARRS/PL*THRU 8/17*LMP DENIED*SURR/PAP*AMD CL=3181 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  1567 |
| **NEW RESIDENTIAL MORTGAGE LLC** <br> PO BOX 10826 <br><br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:29  INT %:  0.00% <br> Court Claim Number:04-2 <br> CLAIM:  0.00 <br> COMMENT:  SURR/PL*LMP DENIED*BGN 10/17*AMD*W/3*FR DITECH FINANCIAL-DOC 115 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  1567 |
| **BERNSTEIN BURKLEY PC** <br> 601 GRANT ST - 9TH FL <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:30  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **STO ROCKS SD & MCKEES ROCKS BORO (EIT)**<br>C/O JORDAN TAX SVC INC-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:5-2<br>CLAIM: 880.38<br>COMMENT: 2758;10,11,15*$/CL-PL*NT/SCH*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2758 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,446.78<br>COMMENT: NT/SCH*CITIFINANCIAL*CHARGE OFF 9/29/09*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9705 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 3,204.62<br>COMMENT: NT/SCH*TD AUTO FNC/CHRYSLER FNCL*CHARGE OFF 12/10/08*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0504 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 987.25<br>COMMENT: NT/SCH*NORTH STAR CAP/WELLS FARGO*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2636 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 629.01<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8355 |
| **PINNACLE CREDIT SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,396.09<br>COMMENT: NT/SCH*CELLCO/VERIZON*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:14-2<br>CLAIM: 4,335.52<br>COMMENT: 9821/2758*4435.52/PL*2758~17/AMD SCH*AMD*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9821 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:14-2<br>CLAIM: 20,572.74<br>COMMENT: 9821/2758*NT/SCH*AMD*TIMELY~DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9821 |