

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:17-23163

DEBTOR(S):

CHRISTIAN S BOWES

CHRISTINA A BOWES

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 10 IN THE AMOUNT OF $1,396.09

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC its successors and assigns as assignee of Cellco Partnership d/b/a Verizon Wireless

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(866) 572-0265

DATE:

3/11/2022