

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:17-23163

DEBTOR(S):

CHRISTIAN S BOWES

CHRISTINA A BOWES

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $987.25

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of North Star Capital Acquisition LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/11/2022