

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

March 14, 2022

Clerk, US Bankruptcy Court
Western District of Pennsylvania

**<u>WITHDRAWAL OF PROOF OF CLAIM</u>**

Re: Christian S. Bowes and Christina A. Bowes
Case Number 17-23163

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 7, claim amount $3204.62 date filed 11/03/2017.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Ronda J. Winnecour - Chapter 13 Trustee

Brian C. Thompson – Attorney for Debtor's