# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Christian S. Bowes, | : | Bankruptcy Case No.: 17-23163-TPA |
| Christina A. Bowes, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Christian S. Bowes, | : | |
| Christina A. Bowes, | : | |
| | : | Document No.: 166 |
| Movants, | : | |
| | : | Related to Document No.: 164, 165 |
| v. | : | |
| | : | |
| No Respondent, | : | **Hearing Date and Time:** |
| | : | June 1, 2022, at 11:00 a.m. |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Motion and Proposed Order at Document No. 164 and the Hearing on the Motion at Document No. 165 were served by First Class U.S. mail postage prepaid on April 29, 2022, on the parties on the attached Bankruptcy Clerk's mailing matrix, unless NEF service was effectuated as indicated below.

The following parties were served by NEF as generated by the Court's electronic CM/ECF notification system:

Keri P. Ebeck on behalf of Creditor Duquesne Light Company

kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Borough of McKees Rock & Sto-Rox School District

jhunt@grblaw.com

Brian Nicholas on behalf of Creditor Ditech Financial LLC

bnicholas@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz on behalf of Creditor Ditech Financial LLC

bkgroup@kmllawgroup.com

Joseph Jasper Swartz on behalf of Creditor PA Dept of Revenue

RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

Brian C. Thompson on behalf of Debtor Christian S. Bowes

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson on behalf of Joint Debtor Christina A. Bowes

bthompson@ThompsonAttorney.com,

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonatt

orney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.bri

anr111424@notify.bestcase.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| Dated:  April 29, 2022 | /s/ Kristen Finke<br>Kristen Finke, Paralegal<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road, Suite 200<br>Warrendale, PA 15086<br>(724) 799-8404 Telephone<br>(724) 799-8409 Facsimile<br>kfinke@thompsonattorney.com |