IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Christian S Bowes** **Christina A Bowes** Debtor | : : : : : : | Bankruptcy No. **17-23163-TPA** Chapter **7** Related to Document No. |
| **Christian S Bowes** **Christina A Bowes** Movant v. No Respondent | : : : : : : : : : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Brian C. Thompson, Esquire PA-91197__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Verizon Communications
PO Box 16801
Newark NJ 07101

Convergent Outsourcing, Inc.
800 SW 39th Street
Suite 100
Renton, WA 98057

Credit Collection Services
725 Canton Street
Norwood MA 02062

CreditTech Collection Solutions
PO Box 99
Bangor PA 18013

Westview Water
210 Perry Highway
Pittsburgh PA 15229

Peoples Natural Gas Company
375 N. Shore Drive
Suite 600
Pittsburgh PA 15212

By: **/s/ Brian C. Thompson, Esquire**
 Signature
**Brian C. Thompson, Esquire PA-91197**
Typed Name
**125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086**
Address
**724-799-8404 Fax:724-799-8409**
Phone No.
**PA-91197 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**