## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christian S. Bowes, Christina A. Bowes, | : | Bankruptcy No. 17-23163-TPA |
| Debtor. | : | Chapter 7 |
| Christian S. Bowes, Christina A. Bowes, | : | |
| Movant, | : | Document No.: |
| v. | : | Related Document No.: |
| No Respondents | : | |

## STATEMENT REGARDING REQUIRED DOCUMENTS UNDER RULE 1019 FOR A CASE CONVERTED TO CHAPTER 7

AND NOW comes the Debtor by and through his attorney Brian C. Thompson, Esquire and Thompson Law Group, P.C., and files this Statement Regarding Required Documents Under Rule 1019 for a Case Converted to Chapter 7 representing as follows:

1. In accordance with Bankruptcy Rule 1019(5)(B)(I), Debtor has filed Amended Schedule F listing unpaid debts incurred after the commencement of the Chapter 13 case and before conversion.

2. In accordance with Bankruptcy Rules 1019(1)(A) and 1007(b), Debtor has filed all required statements and schedules.

3. In accordance with 11 U.S.C. §521(2)(A) and Bankruptcy Rule 1019(1)(B), Debtor is not required to file a Statement of Intentions as the only previous secured property was surrendered by Order Confirming Plan at document no. 105.

4. This case was converted after the confirmation of a plan.

Date: May 11, 2022

s/Brian C. Thompson
Brian C. Thompson, Esquire
PA I.D. # 91197

Thompson Law Group, P.C.
400 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com