**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTIAN S. BOWES<br>CHRISTINA A BOWES<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Respondents. | Case No.:17-23163 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/04/2017 and confirmed on 11/20/2017. The case was subsequently     (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,534.50 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,529.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,647.03 | |
|    Trustee Fee | 1,360.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,007.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC<br>    Acct: 1567 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NEW RESIDENTIAL MORTGAGE LLC<br>    Acct: 1567 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MCKEES ROCKS BOROUGH (WATER/SW(<br>    Acct: 1311 | 0.00 | 0.00 | 0.00 | 0.00 |
|   COUNTY OF ALLEGHENY (RE TAX)*<br>    Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 9821 | 4,979.34 | 4,225.72 | 495.33 | 4,721.05 |
|   NEW RESIDENTIAL MORTGAGE LLC<br>    Acct: 1567 | 9,491.08 | 9,491.08 | 0.00 | 9,491.08 |
| | | | | 14,212.13 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHRISTIAN S. BOWES<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| CHRISTIAN S. BOWES | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C THOMPSON ESQ | 10,802.52 | 9,397.03 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-20 | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 1,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 889.10 | 0.00 | 0.00 | 0.00 |
| Acct: 2758 | | | | |
| STO ROCKS SD & MCKEES ROCKS BORO | 880.38 | 0.00 | 0.00 | 0.00 |
| Acct: 2758 | | | | |
| INTERNAL REVENUE SERVICE* | 4,335.52 | 0.00 | 0.00 | 0.00 |
| Acct: 9821 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX3TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| COLUMBIA GAS OF PA INC(*) | 44.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2758 | | | | |
| DUQUESNE LIGHT COMPANY* | 3,970.16 | 0.00 | 0.00 | 0.00 |
| Acct: 2591 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EILEEN RICE MD NEUROLOGY INCORPOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 6,390.21 | 0.00 | 0.00 | 0.00 |
| Acct: 9821 | | | | |
| WASTE MANAGEMENT* (PMT) | 1,118.97 | 0.00 | 0.00 | 0.00 |
| Acct: 5052 | | | | |
| DR WILLIAM MARASOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 2,367.60 | 0.00 | 0.00 | 0.00 |
| Acct: 2758 | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERIC/ | 352.19 | 0.00 | 0.00 | 0.00 |
| Acct: 0569 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9705 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0504 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2636 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 629.01 | 0.00 | 0.00 | 0.00 |
| Acct: 8355 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| INTERNAL REVENUE SERVICE* | 20,572.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9821 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-23163 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| GREEN TREE SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 14,522.13 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 6,415.00 | |
| SECURED | 14,470.42 | |
| UNSECURED | 35.444.88 | |

Date: 05/26/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com