IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-23163-TPA** |
| **Christian S Bowes** | : | |
| **Christina A Bowes** | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Christian S Bowes** | : | |
| **Christina A Bowes** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Brian C. Thompson, Esquire PA-91197**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

    Daniel Snyder
    79 McKinnie Ave.
    McKees Rocks, PA 15136

By: **/s/ Brian C. Thompson, Esquire**
Signature
**Brian C. Thompson, Esquire PA-91197**
Typed Name
**125 Warrendale-Bayne Road**
**Suite 200**
**Warrendale, PA 15086**
Address
**724-799-8404 Fax:724-799-8409**
Phone No.
**PA-91197 PA**
List Bar I.D. and State of Admission